# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

JOSEPH ROGER DESULME,        :

    Petitioner,              :

vs.                          :    CA 06-0568-BH-C

ALBERTO GONZALES, etc.,      :
et al.,
                                :                    Respondents.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed[1], the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 11, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of December, 2006.

                                                        s/ W. B. Hand
                                                  SENIOR DISTRICT JUDGE

---

[1] The Report and Recommendation was returned by the United States Postal Service as undeliverable. Petitioner has failed to provide the Court with any new address as required by the applicable procedural rules.